UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2013 AUG -1  AM 9:41

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL

CLEAVE A. THOMAS,

    Petitioner,

v.      Case No. 3:13-cv-383-J-20TEM

SEC'Y, FLA. DEP'T OF CORR.,
et al.,

    Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On June 28, 2013, the Court ordered Petitioner to either submit the $5.00 filing fee or complete and file an Affidavit of Indigency. Further, the Court notified Petitioner that failure to do so within thirty days of the order would result in the dismissal of this action without further notice. As of the date of this Order, there has been no response from Petitioner.

Therefore, it is now

**ADJUDGED:**

1. This case is **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of July, 2013.

UNITED STATES DISTRICT JUDGE

ps 7/31
c:
Cleave A. Thomas